[34 NE3d 51, 12 NYS3d 23]

In the Matter of ANONYMOUS, for Admission as an Attorney and Counselor-at-Law, Appellant.

Decided June 9, 2015

### APPEARANCES OF COUNSEL

*Tarik Davis*, Brooklyn, for appellant.

*Maria Matos*, Committee on Character and Fitness, New York City, for respondent.

### OPINION OF THE COURT

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent is not on a question of law (*see* CPLR 5601 [a]).

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, ABDUS-SALAAM, STEIN and FAHEY. Judge RIVERA dissents and votes to retain jurisdiction on the ground that the two-Justice dissent is on a question of law and supports an appeal as of right pursuant to CPLR 5601 (a).